**Ricardo BROWN, Petitioner–Appellant,**

v.

**Arthur F. BEELER, Warden, F.M.C. Butner, North Carolina, Respondent–Appellee.**

No. 02–7896.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 27, 2003.

Ricardo Brown, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ricardo Brown, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Brown's motions for a writ of habeas corpus and oral argument, and affirm the dismissal of his petition for the reasons stated by the district court. *See Brown v. Beeler,* No. CA–02–HC–545–5–H (E.D.N.C., filed Sept. 11, 2002; entered Sept. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*